

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 44TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 15th day of June, 2015, the cause on appeal to revise or reverse the judgment between

JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellants

No. 05-15-00015-CV        V.

SUSAN MCMILLION MARTIN, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-11551.
Opinion delivered by Justice Lang. Justices Bridges and Schenck participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee SUSAN MCMILLION MARTIN recover her costs of this appeal from appellants JAMES DAVID HORTON and ROBBIE LESA HORTON.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 25th day of August, 2015.



_____
LISA MATZ, Clerk